**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Johnson, | No. CV-21-00559-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has considered Defendant O'Connor's Motion to Extend the Deadline to Respond to Plaintiff's Second Request for Interrogatories under Fed. R. Civ. P. 6(b) (Doc. 57).  Good cause appearing,

IT IS ORDERED granting Defendant O'Connor's Motion to Extend the Deadline to Respond to Plaintiff's Second Request for Interrogatories under Fed. R. Civ. P. 6(b) (Doc. 57).

IT IS FURTHER ORDERED extending the deadline for Defendant O'Connor to respond to Plaintiff's Second Request for Interrogatories to April 21, 2022.

Dated this 18th day of April, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge