WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Johnson, | No. CV-21-00559-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion to Extend the July 1, 2022 Dispositive Motion Deadline under Fed. R. Civ. P 6(b) (Doc. 79).  Good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend the July 1, 2022 Dispositive Motion Deadline under Fed. R. Civ. P 6(b) (Doc. 79).

IT IS FURTHER ORDERED extending the deadline to file dispositive motions to **August 30, 2022**.

The remainder of the Court's orders (Docs. 28, 76) are affirmed.

Dated this 7th day of July, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge