**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Johnson, | No. CV-21-00559-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Notice Re: Plaintiff's Request for Extension (Doc. 104). Defendants "note that if the discovery deadline is extended, the dispositive motion deadline should be equally extended," which the Court deems to be a motion to extend the dispositive motion deadline. Prior to receipt of Defendants' Notice (Doc. 104), the Court granted Plaintiff's Request for an Extension (Doc. 103). Good cause appearing,

IT IS ORDERED granting the motion to extend the dispositive motion deadline. Dispositive motions shall be filed no later than **March 31, 2023**.

The parties are reminded of the Court's practice not to extend deadlines beyond the two-year anniversary, which is March 31, 2023. Further continuances will not be granted absent extraordinary circumstances. The remainder of the Court's prior scheduling orders is affirmed.

Dated this 3rd day of February, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge